**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>ADRIAN LUPU<br>        Debtor | Case No. 24-10099-amc |
| | Chapter 13 |
| PHH Mortgage Corporation,<br><br>    Movant | |
| vs.<br>ADRIAN LUPU<br>        Respondent | 11 U.S.C. §362, §1301 |

### ORDER GRANTING IN REM RELIEF PURUSUANT TO §362(D)(4)

**AND NOW**, this ___21st___ day of ___June_____, 20_24_, at **PHILADELPHIA**, upon Motion of PHH Mortgage Corporation (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further

**ORDERED** that In Rem Relief from the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362(D)(4) is granted with respect to the premises, **1332 Airport Road, Coatesville, Pennsylvania 19320**, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further

**ORDERED** that if any future bankruptcy cases is filed by this Debtor, Co-Debtor, or any other occupant or owner of the real property located at 1332 Airport Road, Coatesville, Pennsylvania 19320, within 2 years from the date of this order, such bankruptcy filing shall not trigger the Automatic Stay under 11 U.S.C. §362(a) as to this real property; and it is further

**ORDERED** that in accordance with section 362(d)(4) that a certified copy of this Order may be indexed and/or recorded with any governmental unit that accepts notices of interests or liens in real property; and it is further

**ORDERED** that Co-Debtor Relief from the Automatic stay as provided pursuant to 11 U.S.C. §1301 is granted with respect to the property commonly known as **1332 Airport Road, Coatesville, Pennsylvania 19320**; and it is further

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that Rule 4001(a)(3) is not applicable and the Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
Ashely M. Chan
BANKRUPTCY JUDGE